FILED
2019 MAY 14 PM 1:19
CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DISTRICT

UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF FLORIDA

STEVEN MCBRIDE
    -V-          CASE #3:19-cv-569-J-32MCR
WALMART INC., STORE MANAGER - JOHN,
ASSISTANT STORE MANAGER - IVI

# FEDERAL ACTION COMPLAINT

*/s/ Steven McBride*

STEVEN MCBRIDE
BOX 2306
JAX FL 32203
904-900-9128
SMCBRIDE66@YAHOO.COM

## CLAIMS

EEOC VIOLATION ;

STATE LAW ACTION FOR NEGLIGENCE, HARASSMENT, RETALIATION , DISCRIMINATION

## DEMAND FOR JURY TRIAL

I , STEVEN MCBRIDE , DEMAND A TRIAL BY JURY ON ALL ISSUES OF FACT AND LAW.

## DAMAGES

EEOC………………… $ 200,000.

STATE LAW ACTIONS .. $100,000.

## FACTS

1. I ADOPT AND INCORPORATE BY REFERENCE, ALL STATEMENTS MADE IN MY OFFICIAL COMPLAINT, ATTACHED AS EXHIBIT # A.

2. AFTER THE FILING OF MY CONFIDENTIAL COMPLAINT, ALL OF THE FOLLOWING OCCURRED.

3. AT APPROXIMATELY 1:15PM, MAY 6TH 2019, I PERSONALLY GAVE STORE MANAGER JOHN (WHITE MALE) A COPY OF MY OFFICIAL COMPLAINT. ASSISTANT MANAGER IVI (WHITE MALE), AND CAP-2 SUPERVISOR MICHAEL (MIXED RACE BLACK MALE) WAS PRESENT.

4. AT APPROXIMATELY, 1:35PM, AS I WAS BRINGING 2 TOP CARTS TO THE GENERAL MERCHANDISE RECEIVING AREA, PRESENT IN THE GM RECEIVING AREA WAS CAP-2 SUPERVISORS MICHAEL AND JOSE.

5. JOSE (WHITE MALE) APPROACHED ME IN AN AGGRESSIVE MANNER, WITH HIS HANDS IN HIS POCKET, AND IN AN ANGRY VOICE, SAID, " WHAT DID AUSTIN SAY TO YOU ".

6. IN FEAR FOR MY LIFE, KNOWING THAT JOSE, AT ALL TIMES, CARRY WITH HIM A 4 INCH POCKET KNIFE, WHICH HE HAS IN THE PAST, PULLED OUT TO SHOW EVERYONE IN CAP-2, WHAT HE USE/AND HOW HE USE HIS KNIFE TO GUT FISH AND SNAKES.

7. BRINGING WEAPONS TO WORK, IS AGAINST WALMART COMPANY POLICY.

8. ALL WALMART MANAGERS AND ASSOCIATES, KNOW ABOUT JOSE CARRYING A CONCEALED WEAPON.

9. I LEFT THE AREA, IN FEAR, AND DID NOT RETURN UNTIL SEVERAL OTHER CAP-2 ASSOCIATES HAD ARRIVED. WALMART SECURITY CAMERAS WILL VERIFY THIS INCIDENT.

10. DAYS LATER, ON MAY 11TH 2019, I LEARNED FROM CAP-2 ASSOCIATE BREEANNA, THAT CAP-2 SUPERVISOR MICHAEL, HAD TOLD HER AND OTHERS ABOUT MY COMPLAINT, THE DAY AFTER I FILED MY CONFIDENTIAL COMPLAINT.

11. LATER THAT EVENING, AT APPROXIMATELY, 8PM, JOSE APPROACHED ME AND TOLD ME TO GO TO GM RECEIVING TO PULL OUT ALL THE PALETS.

12. AGAIN, I WAS IN FEAR OF MY LIFE, AND REFUSED TO GO TO THE BACK ROOM, UNTIL ANOTHER ASSOCIATE WAS IN THE BACK ROOM.

13. TUESDAY, MAY 7TH 2019, WAS MY REGULAR SCHEDULED DAY OFF.

14. WEDNESDAY, MAY 8TH 2019, AS I CLOCKED IN TO WORK, I PROCEEDED TO THE GEN MERCH RECEIVING AREA (CAP-2 WORK AREA), I WAS MET BY ASSIT. MANAGER IVI (WHITE MALE), WHO TOLD ME THAT " YOU WILL BE WORKING IN THE HEALTH AN BEAUTY AID DEPARTMENT, TODAY ".

15. ON MY LUNCH BREAK, I WAS TOLD BY ASSOCIATE BIG MIKE (WHITE MALE), THAT HE WAS APPOINTED THE ACTING CAP-2 SUPERVISOR.

16. DAYS LATER, ON MAY 11TH 2019, I WAS TOLD BY ACTING CAP-2 SUPERVISOR BIG MIKE, THAT, "BOTH OF THEM WANT ME (HIM) AS THE CAP-2 SUPERVISOR, BUT, I( HE ) HAVE TO RESOLVE AN ALLEGATION OF SOLICITATION, THAT WAS MADE AGAINST ME (HIM) "

17. THURSDAY, MAY 9TH 2019, AS I CLOCKED IN TO WORK, I WAS STOPPED TO ATTEND A SAFETY MEETING ; AFTER THE SAFETY MEETING I WENT TO REPORT TO CAP-2 SUPERVISOR MICHAEL, AGAIN, I WAS TOLD THAT I WOULD BE WORKING IN THE HEALTH AN BEAUTY AID DEPARTMENT.

18. DURING MY LUNCH BREAK, I WAS TOLD BY ASSOCIATE AUSTIN (WHITE MALE), THAT, " I SHOULD NOT BE TALKING TO YOU, I WAS TOLD BY MANAGEMENT THAT I WOULD BE FIRED ".

19. FRIDAY, MAY 10TH 2019, WAS MY REGULAR SCHEDULED DAY OFF.

20. MANAGERS JOHN AND IVI ACTIONS, UNDER THE DIRECTION OF WALMART, OF PLACING A GAG ORDER ON CAP-2 ASSOCIATES NOT TO COMMUNICATE WITH ME, HAS CREATED A NEW AND TOREMENTING HOSTILE WORK ENVIRONMENT.

21. MANAGERS JOHN AND IVI ACTIONS, UNDER THE DIRECTION OF WALMART, OF ASSIGNING ME TO THE HEALTH AND BEAUTY AID DEPARTMENT, IS CLEAR RETALIATION FOR ME FILING AN OFFICIAL COMPLAINT.

22. MANAGERS JOHN AND IVI ACTIONS, UNDER THE DIRECTION OF WALMART, OF PASSING ME OVER FOR THE PROMOTION OF OR, NOT ALLOWING ME TO BE THE ACTING CAP-2 SUPERVISOR, IS CLEAR RETALIATION FOR ME FILING AND OFFICIAL COMPLAINT.

23. MANAGERS JOHN AND IVI ACTIONS, UNDER THE DIRECTION OF WALMART, OF PASSING ME OVER FOR THE PROMOTION OF OR, NOT ALLOWING ME TO BE THE ACTING CAP-2 SUPERVISOR, WAS DUE TO MY RACE AS AN AFRICAN AMERICAN.

24. MANAGERS JOHN AND IVI ACTIONS, UNDER THE DIRECTION OF WALMART, OF PASSING ME OVER FOR THE PROMOTION OF CAP-2 SUPERVISOR, WAS A CLEAR VIOLATION OF COMPANY POLICY.

25. AT NO TIME WAS A NOTICE AND AN OPPORTUNITY TO APPLY FOR THE POSITION, OF CAP-2 SUPERVISOR, HAS BEEN POSTED ON THE BULLETIN BOARD/TIME CLOCK.

26. THREE WEEKS AGO, ACTING CAP-2 SUPERVISOR, BIG MIKE, JUST OBTAINED HIS G.E.D.

27. SINCE 1981, I HAVE 2 YEARS OF COLLEGE, BUSINESS MANAGEMENT.

28. SIX WEEKS AGO, BIG MIKE WAS HIRED AS A CAP-2 ASSOCIATE.

29. FIVE MONTHS AGO, I WAS HIRED AS A CAP-2 ASSOCIATE.

30. BIG MIKE, THE ACTING CAP-2 SUPERVISOR IS 30 YEARS OLD.

31. PRESENTLY, I AM 59 YEARS OLD.

32. MANAGERS JOHN AND IVI ACTIONS, UNDER THE DIRECTION OF WALMART, BY THE PROMOTION OF (WHITE) BIG MIKE TO ACTING CAP-2 SUPERVISOR, IS A CLEAR CASE OF AGE DISCRIMINATION.

33. STORE MANAGER JOHN, TOLD ME LAST MONTH, THAT BIG MIKE, USE TO WORK FOR HIM AT ANOTHER WALMART LOCATION ( A FEW YEARS AGO ), AN 2 DAYS BEFORE HE WAS GOING TO PROMOTE BIG MIKE, BIG MIKE QUIT WALMART TO GO WORK FOR PUBLIX.

34. CAP-2 HAS ABOUT 12(TWELVE) ASSIGNED ASSOCIATES ; BIG MIKE IS THE ONLY WHITE ASSOCIATE ASSIGNED TO CAP-2, SINCE AUSTIN WAS TRANSFERRED TO THE DAIRY DEPARTMENT.

35. BIG MIKE, AT THE TIME OF THE INCIDENT AND HIS PROMOTION, WAS THE NEWEST CAP-2 ASSOCIATE.                    32) MANAGERS JOHN AND IVI ACTIONS, UNDER THE DIRECTION OF WALMART, OF PROMOTING BIG MIKE TO ACTING CAP-2 SUPERVISOR, WITHOUT A NOTICE AND AN OPPORTUNITY FOR OTHERS TO APPLY FOR THE POSITION, HAS CREATED A HOSTILE WORK ENVIRONMENT.

36. MANAGERS JOHN AND IVI ACTIONS, UNDER THE DIRECTION OF WALMART, BY THE PROMOTION OF (WHITE) BIG MIKE TO ACTING CAP-2 SUPERVISOR, WHERE EIGHT OF THE TWELVE ASSOCIATES ARE AFRICAN AMERICANS, AND THREE ARE LATINO / ASIAN, IS CLEARLY A RACE BASE DECISION.

37. IT IS WELL KNOWN THAT FOUR AFRICAN AMERICAN CAP-2 ASSOCIATES, HAVE SHOWN INTEREST IN THE CAP-2 SUPERVISOR POSITION ; SHENNEICE, BREEANNA, NIKO, AND STEVEN.