# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

STEVEN MCBRIDE,

    Plaintiff,

v.                                           Case No. 3:19-cv-569-J-32MCR

WALMART INC., JOHN, Store Manager, and IVI, Assistant Store Manager,

    Defendants.

---

## **O R D E R**

This case is before the Court on pro se Plaintiff Steven McBride's Application to Proceed in District Court Without Prepaying Fees or Costs (Doc. 2). On June 28, 2019, the assigned United States Magistrate Judge issued a Report and Recommendation (Doc. 4) recommending that the Application be denied and that Plaintiff be ordered to pay the filing fee within sixty (60) days of the Court's order on this Report and Recommendation. No party has filed an objection to the Report and Recommendation, and the time in which to do so has passed. See 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); M.D. Fla. R. 6.02(a).

Upon de novo review and for the reasons stated in the Report and Recommendation (Doc. 4), it is hereby

**ORDERED:**

1. The Report and Recommendation of the Magistrate Judge (Doc. 4) is **ADOPTED** as the opinion of the Court.

2. Plaintiff Steven McBride's Application to Proceed in District Court Without Prepaying Fees or Costs (Doc. 2) is **DENIED**.

3. Plaintiff shall pay the filing fee by **September 20, 2019**. Failure to pay the filing fee in a timely manner will result in the dismissal of this action without prejudice.

**DONE AND ORDERED** in Jacksonville, Florida the 17th day of July, 2019.

TIMOTHY J. CORRIGAN
United States District Judge

sej
Copies to:

Honorable Monte C. Richardson
United States Magistrate Judge

Pro se Plaintiff